# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Shahidullah, et. al.   *

**Plaintiff,**   *

v.   *   Case No. 8:20-cv-03602-PWG

Shankar, et. al.   *

**Defendant.**   *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Plaintiffs**

I certify that I am admitted to practice in this Court.

12/14/2020
Date

*Justin Sadowsky*
Signature

Justin Sadowsky, Bar # 20128
Printed name and bar number

453 New Jersey Ave SE, Washington DC 20003
Address

jsadowsky@cair.com
Email address

(646) 785 9154
Telephone number

(202) 379-3317
Fax number