# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## (Greenbelt Division)

| | |
|---|---|
| MUHAMMAD SHAHIDULLAH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ABHA SHANKAR, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 8:20-cv-03602-PWG <br> **<u>AFFIRMATION OF EUGENE LICKER</u>** |

\* \* \* \* \* \* \* \* \* \* \* \*

I, Eugene Licker, an attorney duly admitted *pro hac vice* to practice law before this Court and admitted to practice before the Courts of the State of New York, hereby affirms under penalty of perjury as follows

1. I am of counsel to Ballard Spahr LLP, counsel for Defendants in the above action, and submit this affirmation on personal knowledge, except where otherwise noted, in support of Defendants' motion for sanctions pursuant to FRCP Rule 11(c) and LR 105.8 of the Local Rules of the United States District Court for the District of Maryland.

2. Attached hereto as **Exhibit A** is a true copy of the complaint dated November 2, 2020, filed in the Eastern District of New York on behalf of Plaintiffs.

3. Attached hereto as **Exhibit B** is a true copy of the complaint in this action, dated December 12, 2020, filed in the District of Maryland on behalf of Plaintiffs.

4. Attached hereto as **Exhibit C** is a true copy of a letter, frequently referred to as a safe harbor letter, dated November 21, 2020, relating to Exhibit A, the EDNY Complaint.

1

5. Attached hereto as **Exhibit D** is a true copy of a safe harbor letter dated January 15, 2021 relating to Exhibit B, the Md. We received no response to Exhibit D.

6. Attached hereto as **Exhibit E** is CAIR's response to Exhibit C, the November 21, 2020 letter.

Dated: March 3, 2021
       New York, NY

_____
Eugene Licker