IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |  |
|---|---|---|
| MUHAMMAD SHAHIDULLAH, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 8:20-cv-03602-PWG |
| ABHA SHANKAR, et al., | ) ) ) | |
| Defendants. | ) ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Abha Shankar ("Defendant") moves to dismiss the First Amended Complaint (Dkt. 39) ("Complaint") filed by Plaintiffs Muhammad Shaidullah and Dawah USA Inc. in this action. The grounds for this motion are contained in the Memorandum of Law and Affirmation of Eugene Licker filed herewith, as well as the pleadings and record in this case.

[*Signature block on next page*]

1

Dated: April 16, 2021

/s/ Eugene Licker
Eugene R. Licker (pro hac vice)
BALLARD SPAHR LLP
1675 Broadway, Floor 19
New York, NY 10019
Telephone: (646) 346-8048
Facsimile: (212) 223-1942
lickere@ballardspahr.com

/s/ Matthew Lamb
Matthew D. Lamb (Bar No. 20203)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
lambm@ballardspahr.com

/s/ Richard Horowitz
Richard Horowitz (pro hac vice)
845 Third Avenue, 6th Floor
New York, NY 10022
Telephone: (212) 829-8196
Facsimile: (212) 813-3214
rhorowitz@rhesq.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 16, 2021, I electronically filed **Defendant's Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).** Copies will be electronically served to all counsel of record who have appeared.

/s/ Matthew D. Lamb
Matthew D. Lamb
