# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## (Greenbelt Division)

| | |
|---|---|
| MUHAMMAD SHAHIDULLAH, et al., | |
| Plaintiffs, | Case No. 8:20-cv-03602-PWG |
| v. | **AFFIRMATION OF EUGENE LICKER** |
| ABHA SHANKAR, et al., | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

I, Eugene Licker, an attorney duly admitted *pro hac vice* to practice law before this Court and admitted to practice before the Courts of the State of New York, hereby affirms under penalty of perjury as follows

1. I am of counsel to Ballard Spahr LLP, counsel for Defendants in the above action, and submit this affirmation on personal knowledge, except where otherwise noted, in support of Defendant's motion to dismiss the Complaint herein pursuant to FRCP Rules 12(b)(1) and 12(b)(6).

2. Attached hereto as **Exhibit A** is a true copy of the complaint dated November 2, 2020, filed in the Eastern District of New York on behalf of Plaintiffs.

3. Attached hereto as **Exhibit B** is a true copy of the initial complaint in this action, dated December 12, 2020, filed in the District of Maryland on behalf of Plaintiffs.

4. Attached hereto as **Exhibit C** is a true copy of the First Amended complaint in this action, dated March 26, 2021, filed in the District of Maryland on behalf of Plaintiffs.

1

5. Attached hereto as **Exhibit D** is a true copy of the Domain Registration Report for the website itvusa.tv.

6. Attached hereto as **Exhibit E** is a true copy of the Declaration of Abha Shankar, dated February 25, 2021, submitted in support of Defendants' motion for Rule 11 Sanctions.

7. Attached hereto as **Exhibit F** is a true copy of an email, dated and timed August 6, 2019, 11:58 a.m., from Ms. Shakar to zbm@nyc.rr.com.

8. Attached hereto as **Exhibit G** is a true copy of CAIR's cease and desist letter dated September 28, 2020.

9. Attached hereto as **Exhibit H** is a true copy of Richard Horowitz's October 5, 2020 response to the cease and desist letter.

10. I understand that the Investigative Project on Terrorism Research Group is a Delaware Not for Profit Corporation.

11. Attached hereto as **Exhibit I** is a true copy of *Holy Spirit Ass'n v. Sequoia Elsevier Publ'g Co.*, 4 Media L. Rep. 1744 (Sup. Ct. N.Y. Cnty. Oct 26, 2978).

Dated: April 16, 2021
       New York, NY

                                                     */s/ Eugene Licker*
                                                    Eugene Licker