Exhibit D



# Domain Report - ITvUsa.tv

Domain Name     **ITvUsa.tv**

Prepared On     **October 5, 2020**

120 x 180

# About This Report

This report documents a thorough analysis of the Internet domain name "ITvUsa.tv". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.

© 2020 DomainTools, LLC All Rights Reserved

# Domain Profile

*As of October 5, 2020*

## Ownership

| | |
|---|---|
| Registered Owner | **WhoisGuard, Inc.** |
| Owned Domains | **About 10612693 other domains** |
| Email Addresses | **086d291156f6421f994055da89c52a76.protect@whoisguard.com**<br>**abuse@namecheap.com** |
| Registrar | **namecheap, inc.** |

## Registration

| | |
|---|---|
| Created | **Jan 10, 2016** |
| Expires | **Jan 10, 2021** |
| Updated | **Dec 11, 2019** |
| Domain Status | **Active** |
| Whois Server | **whois.namecheap.com** |
| Name Servers | **cloudflare.com** |

## Network

| | |
|---|---|
| Website IP Address | **104.24.104.62** |
| IP Location | **United States Of America-California-San Francisco**<br>**Cloudflare Inc.** |
| IP ASN | **AS13335** |

# Current Whois Record

*Reported on Jul 8, 2020*

```
Domain name: itvusa.tv
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-11T07:08:03.00Z
Creation Date: 2016-01-10T15:10:50.00Z
Registrar Registration Expiration Date: 2021-01-10T15:10:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
```

© 2020 DomainTools, LLC All Rights Reserved

Tech Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Name Server: cody.ns.cloudflare.com
Name Server: melissa.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp

 © 2020 DomainTools, LLC All Rights Reserved

# Ownership History

## Whois History for ITvUsa.tv

DomainTools has 21 distinct historical ownership records for ITvUsa.tv. The oldest record dates Jan 20, 2016. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

# Whois Record on Jul 8, 2020

No adjacent screenshot available for this date.

```
Domain name: itvusa.tv
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-11T07:08:03.00Z
Creation Date: 2016-01-10T15:10:50.00Z
Registrar Registration Expiration Date: 2021-01-10T15:10:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Name Server: cody.ns.cloudflare.com
Name Server: melissa.ns.cloudflare.com
```

 © 2020 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp

© 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Apr 8, 2020

No adjacent screenshot available for this date.

```
Domain name: itvusa.tv
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-11T07:08:03.00Z
Creation Date: 2016-01-10T15:10:50.00Z
Registrar Registration Expiration Date: 2021-01-10T15:10:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Name Server: cody.ns.cloudflare.com
Name Server: melissa.ns.cloudflare.com
```

 © 2020 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

 © 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 7, 2020

No adjacent screenshot available for this date.

```
Domain name: itvusa.tv
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-12-11T07:08:03.00Z
Creation Date: 2016-01-10T15:10:50.00Z
Registrar Registration Expiration Date: 2021-01-10T15:10:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 086d291156f6421f994055da89c52a76.protect@whoisguard.com
Name Server: cody.ns.cloudflare.com
Name Server: melissa.ns.cloudflare.com
```

© 2020 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

## Whois Record on Oct 5, 2019

No adjacent screenshot available for this date.

```
Domain Name: itvusa.tv
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: WHOIS.ENOM.COM
Registrar URL: WWW.ENOM.COM
Updated Date: 2018-12-11T09:29:40.00Z
Creation Date: 2016-01-10T15:10:00.00Z
Registrar Registration Expiration Date: 2020-01-10T15:10:50.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street:
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: https://tieredaccess.com/contact/82b99e71-4b70-42b6-8d34-bb7c2f8cdbad
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street:
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Email: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street:
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Email: REDACTED FOR PRIVACY
Name Server: CODY.NS.CLOUDFLARE.COM
Name Server: MELISSA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: ABUSE@ENOM.COM
Registrar Abuse Contact Phone: +1.4259744689
URL of the ICANN WHOIS Data Problem Reporting System: HTTP://WDPRS.INTERNIC.NET/
```

 © 2020 DomainTools, LLC All Rights Reserved

# Whois Record on Jul 8, 2019

No adjacent screenshot available for this date.

```
Domain Name: itvusa.tv
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: WHOIS.ENOM.COM
Registrar URL: WWW.ENOM.COM
Updated Date: 2018-12-11T09:29:40.00Z
Creation Date: 2016-01-10T15:10:00.00Z
Registrar Registration Expiration Date: 2020-01-10T15:10:50.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street:
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: REDACTED FOR PRIVACY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: REDACTED FOR PRIVACY
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street:
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Email: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street:
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Email: REDACTED FOR PRIVACY
Name Server: CODY.NS.CLOUDFLARE.COM
Name Server: MELISSA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: ABUSE@ENOM.COM
Registrar Abuse Contact Phone: +1.4259744689
URL of the ICANN WHOIS Data Problem Reporting System: HTTP://WDPRS.INTERNIC.NET/
```

 © 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Apr 12, 2019

No adjacent screenshot available for this date.

```
Domain Name: itvusa.tv
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: WHOIS.ENOM.COM
Registrar URL: WWW.ENOM.COM
Updated Date: 2018-01-05T10:14:54.00Z
Creation Date: 2016-01-10T15:10:00.00Z
Registrar Registration Expiration Date: 2020-01-10T15:10:50.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: clienttransferprohibited https://www.icann.org/epp#clienttransferprohibited
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street:
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: REDACTED FOR PRIVACY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: REDACTED FOR PRIVACY
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street:
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Email: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street:
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Email: REDACTED FOR PRIVACY
Name Server: CODY.NS.CLOUDFLARE.COM
Name Server: MELISSA.NS.CLOUDFLARE.COM
DNSSEC: UNSIGNED
Registrar Abuse Contact Email: ABUSE@ENOM.COM
Registrar Abuse Contact Phone: +1.4259744689
URL of the ICANN WHOIS Data Problem Reporting System: HTTP://WDPRS.INTERNIC.NET/
```

 © 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 12, 2019

No adjacent screenshot available for this date.

```
Domain Name: itvusa.tv
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: WHOIS.ENOM.COM
Registrar URL: WWW.ENOM.COM
Updated Date: 2018-01-05T10:14:54.00Z
Creation Date: 2016-01-10T15:10:00.00Z
Registrar Registration Expiration Date: 2020-01-10T15:10:50.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: registrar-lock* https://www.icann.org/epp#registrar-lock*
Domain Status: clienttransferprohibited https://www.icann.org/epp#clienttransferprohibited
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street:
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: REDACTED FOR PRIVACY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: REDACTED FOR PRIVACY
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street:
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Email: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street:
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Email: REDACTED FOR PRIVACY
Name Server: CODY.NS.CLOUDFLARE.COM
Name Server: MELISSA.NS.CLOUDFLARE.COM
DNSSEC: UNSIGNED
Registrar Abuse Contact Email: ABUSE@ENOM.COM
Registrar Abuse Contact Phone: +1.4259744689
URL of the ICANN WHOIS Data Problem Reporting System: HTTP://WDPRS.INTERNIC.NET/
```

 © 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 25, 2018

No adjacent screenshot available for this date.

```
Domain Name: itvusa.tv
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: WHOIS.ENOM.COM
Registrar URL: WWW.ENOM.COM
Updated Date: 2018-01-05T10:14:54.00Z
Creation Date: 2016-01-10T15:10:00.00Z
Registrar Registration Expiration Date: 2019-01-10T15:10:50.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: clienttransferprohibited https://www.icann.org/epp#clienttransferprohibited
Domain Status: registrar-lock* https://www.icann.org/epp#registrar-lock*
Registrant Name: Data Protected Data Protected
Registrant Organization: Data Protected
Registrant Street: 123 Data Protected
Registrant Street:
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98033
Registrant Country: US
Registrant Phone: +1.0000000000
Registrant Phone Ext:
Registrant Fax: +1.0000000000
Registrant Email: noreply@data-protected.net
Admin Name: Data Protected Data Protected
Admin Organization: Data Protected
Admin Street: 123 Data Protected
Admin Street:
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98033
Admin Country: US
Admin Phone: +1.0000000000
Admin Phone Ext:
Admin Fax: +1.0000000000
Admin Email: noreply@data-protected.net
Tech Name: Data Protected Data Protected
Tech Organization: Data Protected
Tech Street: 123 Data Protected
Tech Street:
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98033
Tech Country: US
Tech Phone: +1.0000000000
Tech Phone Ext:
Tech Fax: +1.0000000000
Tech Email: noreply@data-protected.net
Name Server: CODY.NS.CLOUDFLARE.COM
Name Server: MELISSA.NS.CLOUDFLARE.COM
DNSSEC: UNSIGNED
Registrar Abuse Contact Email: ABUSE@ENOM.COM
Registrar Abuse Contact Phone: +1.4259744689
URL of the ICANN WHOIS Data Problem Reporting System: HTTP://WDPRS.INTERNIC.NET/
```

 © 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 18, 2018

No adjacent screenshot available for this date.

```
Domain Name: itvusa.tv
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: WHOIS.ENOM.COM
Registrar URL: WWW.ENOM.COM
Updated Date: 2018-01-05T10:14:54.00Z
Creation Date: 2016-01-10T15:10:00.00Z
Registrar Registration Expiration Date: 2019-01-10T15:10:50.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: registrar-lock* https://www.icann.org/epp/registrar-lock*
Domain Status: clienttransferprohibited https://www.icann.org/epp#clienttransferprohibited
Registrant Name: Data Protected Data Protected
Registrant Organization: Data Protected
Registrant Street: 123 Data Protected
Registrant Street:
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98033
Registrant Country: US
Registrant Phone: +1.0000000000
Registrant Phone Ext:
Registrant Fax: +1.0000000000
Registrant Email: noreply@data-protected.net
Admin Name: Data Protected Data Protected
Admin Organization: Data Protected
Admin Street: 123 Data Protected
Admin Street:
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98033
Admin Country: US
Admin Phone: +1.0000000000
Admin Phone Ext:
Admin Fax: +1.0000000000
Admin Email: noreply@data-protected.net
Tech Name: Data Protected Data Protected
Tech Organization: Data Protected
Tech Street: 123 Data Protected
Tech Street:
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98033
Tech Country: US
Tech Phone: +1.0000000000
Tech Phone Ext:
Tech Fax: +1.0000000000
Tech Email: noreply@data-protected.net
Name Server: CODY.NS.CLOUDFLARE.COM
Name Server: MELISSA.NS.CLOUDFLARE.COM
DNSSEC: UNSIGNED
Registrar Abuse Contact Email: ABUSE@ENOM.COM
Registrar Abuse Contact Phone: +1.4259744689
URL of the ICANN WHOIS Data Problem Reporting System: HTTP://WDPRS.INTERNIC.NET/
```

 © 2020 DomainTools, LLC All Rights Reserved

# Whois Record on Apr 8, 2018

No adjacent screenshot available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2018-01-05T10:14:54.00Z
Creation Date: 2016-01-10T15:10:00.00Z
Registrar Registration Expiration Date: 2019-01-10T15:10:50.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Name Server: CODY.NS.CLOUDFLARE.COM
Name Server: MELISSA.NS.CLOUDFLARE.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
```

© 2020 DomainTools, LLC All Rights Reserved

Registrar Abuse Contact Phone: +1.4259744689
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

 © 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 12, 2018

No adjacent screenshot available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2018-01-05T10:14:54.00Z
Creation Date: 2016-01-10T15:10:00.00Z
Registrar Registration Expiration Date: 2019-01-10T15:10:50.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Name Server: CODY.NS.CLOUDFLARE.COM
Name Server: MELISSA.NS.CLOUDFLARE.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
```

 © 2020 DomainTools, LLC All Rights Reserved

Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## Whois Record on Jan 8, 2018

No adjacent screenshot available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2018-01-05T10:14:54.00Z
Creation Date: 2016-01-10T15:10:00.00Z
Registrar Registration Expiration Date: 2018-01-10T15:10:50.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Name Server: CODY.NS.CLOUDFLARE.COM
Name Server: MELISSA.NS.CLOUDFLARE.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
```

© 2020 DomainTools, LLC All Rights Reserved

Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

 © 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 14, 2017

No adjacent screenshot available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID: 119489774_DOMAIN_TV-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2017-01-13T00:43:14.00Z
Creation Date: 2016-01-10T15:10:00.00Z
Registrar Registration Expiration Date: 2018-01-10T15:10:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 086D291156F6421F994055DA89C52A76.PROTECT@WHOISGUARD.COM
Name Server: CODY.NS.CLOUDFLARE.COM
Name Server: MELISSA.NS.CLOUDFLARE.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
```

Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## Whois Record on Jan 12, 2017

No adjacent screenshot available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID:
Registrar WHOIS Server:
Registrar URL:
Updated Date: 2017-01-10T23:27:55Z
Creation Date: 2016-01-10T15:10:50Z
Registrar Registration Expiration Date: 2017-01-10T15:10:50Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: DIRECT
Domain Status: OK https://icann.org/epp#OK
Registry Registrant ID: Not Available From Registry
Registrant Name: MUhammad Shahidullah
Registrant Organization: itv24
Registrant Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Registrant City: Jamaica
Registrant State/Province: New York
Registrant Postal Code: NY 11432
Registrant Country: US
Registrant Phone: +212.7290610
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: itvusa.tv@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: MUhammad Shahidullah
Admin Organization: itv24
Admin Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Admin City: Jamaica
Admin State/Province: New York
Admin Postal Code: NY 11432
Admin Country: US
Admin Phone: +212.7290610
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: itvusa.tv@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: MUhammad Shahidullah
Tech Organization: itv24
Tech Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Tech City: Jamaica
Tech State/Province: New York
Tech Postal Code: NY 11432
Tech Country: US
Tech Phone: +212.7290610
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: itvusa.tv@gmail.com
Name Server: host71.eesec.org
Name Server: hostee.eesec.org
DNSSEC:Unsigned
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
```

 © 2020 DomainTools, LLC All Rights Reserved

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## Whois Record on Jan 8, 2017

No adjacent screenshot available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID:
Registrar WHOIS Server:
Registrar URL:
Updated Date: 2017-01-07T19:10:16Z
Creation Date: 2016-01-10T15:10:50Z
Registrar Registration Expiration Date: 2017-01-10T15:10:50Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: DIRECT
Domain Status: OK https://icann.org/epp#OK
Registry Registrant ID: Not Available From Registry
Registrant Name: MUhammad Shahidullah
Registrant Organization: itv24
Registrant Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Registrant City: Jamaica
Registrant State/Province: New York
Registrant Postal Code: NY 11432
Registrant Country: US
Registrant Phone: +212.7290610
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: itvusa.tv@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: MUhammad Shahidullah
Admin Organization: itv24
Admin Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Admin City: Jamaica
Admin State/Province: New York
Admin Postal Code: NY 11432
Admin Country: US
Admin Phone: +212.7290610
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: itvusa.tv@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: MUhammad Shahidullah
Tech Organization: itv24
Tech Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Tech City: Jamaica
Tech State/Province: New York
Tech Postal Code: NY 11432
Tech Country: US
Tech Phone: +212.7290610
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: itvusa.tv@gmail.com
Name Server: host71.eesec.org
Name Server: hostee.eesec.org
DNSSEC:Unsigned
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
```

© 2020 DomainTools, LLC All Rights Reserved

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 4, 2016

No adjacent screenshot available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID:
Registrar WHOIS Server:
Registrar URL:
Updated Date: 2016-03-11T02:17:19Z
Creation Date: 2016-01-10T15:10:50Z
Registrar Registration Expiration Date: 2017-01-10T15:10:50Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: DIRECT
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: MUhammad Shahidullah
Registrant Organization: itv24
Registrant Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Registrant City: Jamaica
Registrant State/Province: New York
Registrant Postal Code: NY 11432
Registrant Country: US
Registrant Phone: +163.19469549
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ariful767@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: MUhammad Shahidullah
Admin Organization: itv24
Admin Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Admin City: Jamaica
Admin State/Province: New York
Admin Postal Code: NY 11432
Admin Country: US
Admin Phone: +163.19469549
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: ariful767@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: MUhammad Shahidullah
Tech Organization: itv24
Tech Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Tech City: Jamaica
Tech State/Province: New York
Tech Postal Code: NY 11432
Tech Country: US
Tech Phone: +163.19469549
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ariful767@gmail.com
Name Server: host71.eesec.org
Name Server: hostee.eesec.org
DNSSEC:Unsigned
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
```

   © 2020 DomainTools, LLC All Rights Reserved

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

 © 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 29, 2016

No adjacent screenshot available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID:
Registrar WHOIS Server:
Registrar URL:
Updated Date: 2016-03-11T02:17:19Z
Creation Date: 2016-01-10T15:10:50Z
Registrar Registration Expiration Date: 2017-01-10T15:10:50Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: DIRECT
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: MUhammad Shahidullah
Registrant Organization: itv24
Registrant Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Registrant City: Jamaica
Registrant State/Province: New York
Registrant Postal Code: NY 11432
Registrant Country: US
Registrant Phone: +163.19469549
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ariful767@gmail.com
Registry Admin ID:
Admin Name: MUhammad Shahidullah
Admin Organization: itv24
Admin Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Admin City: Jamaica
Admin State/Province: New York
Admin Postal Code: NY 11432
Admin Country: US
Admin Phone: +163.19469549
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: ariful767@gmail.com
Registry Tech ID:
Tech Name: MUhammad Shahidullah
Tech Organization: itv24
Tech Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Tech City: Jamaica
Tech State/Province: New York
Tech Postal Code: NY 11432
Tech Country: US
Tech Phone: +163.19469549
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ariful767@gmail.com
Name Server: rs1.linuxresellerhosting.org
Name Server: rs2.linuxresellerhosting.org
DNSSEC:Unsigned
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
```

 © 2020 DomainTools, LLC All Rights Reserved

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

 © 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 18, 2016

No adjacent screenshot available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID:
Registrar WHOIS Server:
Registrar URL:
Updated Date: 2016-03-11T02:17:19Z
Creation Date: 2016-01-10T15:10:50Z
Registrar Registration Expiration Date: 2017-01-10T15:10:50Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: DIRECT
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: MUhammad Shahidullah
Registrant Organization: itv24
Registrant Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Registrant City: Jamaica
Registrant State/Province: New York
Registrant Postal Code: NY 11432
Registrant Country: US
Registrant Phone: +163.19469549
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ariful767@gmail.com
Registry Admin ID:
Admin Name: MUhammad Shahidullah
Admin Organization: itv24
Admin Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Admin City: Jamaica
Admin State/Province: New York
Admin Postal Code: NY 11432
Admin Country: US
Admin Phone: +163.19469549
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: ariful767@gmail.com
Registry Tech ID:
Tech Name: MUhammad Shahidullah
Tech Organization: itv24
Tech Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Tech City: Jamaica
Tech State/Province: New York
Tech Postal Code: NY 11432
Tech Country: US
Tech Phone: +163.19469549
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ariful767@gmail.com
Name Server: cody.ns.cloudflare.com
Name Server: melissa.ns.cloudflare.com
DNSSEC:Unsigned
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
```

 © 2020 DomainTools, LLC All Rights Reserved

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

 © 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 6, 2016

No adjacent screenshot
available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID:
Registrar WHOIS Server:
Registrar URL:
Updated Date: 2016-03-11T02:17:19Z
Creation Date: 2016-01-10T15:10:50Z
Registrar Registration Expiration Date: 2017-01-10T15:10:50Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: DIRECT
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: MUhammad Shahidullah
Registrant Organization: itv24
Registrant Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Registrant City: Jamaica
Registrant State/Province: New York
Registrant Postal Code: NY 11432
Registrant Country: US
Registrant Phone: +163.19469549
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ariful767@gmail.com
Registry Admin ID:
Admin Name: MUhammad Shahidullah
Admin Organization: itv24
Admin Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Admin City: Jamaica
Admin State/Province: New York
Admin Postal Code: NY 11432
Admin Country: US
Admin Phone: +163.19469549
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: ariful767@gmail.com
Registry Tech ID:
Tech Name: MUhammad Shahidullah
Tech Organization: itv24
Tech Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Tech City: Jamaica
Tech State/Province: New York
Tech Postal Code: NY 11432
Tech Country: US
Tech Phone: +163.19469549
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ariful767@gmail.com
Name Server: ns1.banglaexpress.ae
Name Server: ns2.banglaexpress.ae
DNSSEC:Unsigned
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
```

 © 2020 DomainTools, LLC All Rights Reserved

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2020 DomainTools, LLC All Rights Reserved

# Whois Record on Mar 1, 2016

No adjacent screenshot available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID:
Registrar WHOIS Server:
Registrar URL:
Updated Date: 2016-02-10T06:22:59Z
Creation Date: 2016-01-10T15:10:50Z
Registrar Registration Expiration Date: 2017-01-10T15:10:50Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: DIRECT
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: MUhammad Shahidullah
Registrant Organization: itv24
Registrant Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Registrant City: Jamaica
Registrant State/Province: New York
Registrant Postal Code: NY 11432
Registrant Country: US
Registrant Phone: +163.19469549
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ariful767@gmail.com
Registry Admin ID:
Admin Name: MUhammad Shahidullah
Admin Organization: itv24
Admin Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Admin City: Jamaica
Admin State/Province: New York
Admin Postal Code: NY 11432
Admin Country: US
Admin Phone: +163.19469549
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: ariful767@gmail.com
Registry Tech ID:
Tech Name: MUhammad Shahidullah
Tech Organization: itv24
Tech Street: 164-10, 84 Ave, Aptt 5/C, Jamaica, NY 11432
Tech City: Jamaica
Tech State/Province: New York
Tech Postal Code: NY 11432
Tech Country: US
Tech Phone: +163.19469549
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ariful767@gmail.com
Name Server: ns1.banglaexpress.ae
Name Server: ns2.banglaexpress.ae
DNSSEC:Unsigned
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
```

© 2020 DomainTools, LLC All Rights Reserved

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

 © 2020 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 20, 2016

No adjacent screenshot available for this date.

```
Domain Name: ITVUSA.TV
Registry Domain ID:
Registrar WHOIS Server:
Registrar URL:
Updated Date: 2016-01-10T15:11:13Z
Creation Date: 2016-01-10T15:10:50Z
Registrar Registration Expiration Date: 2017-01-10T15:10:50Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: DIRECT
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: arif
Registrant Organization: bssbd
Registrant Street: Uttara, Dhaka
Registrant City: dhaka
Registrant State/Province: Dhaka
Registrant Postal Code: 1230
Registrant Country: BD
Registrant Phone: +88.1839446677
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ariful767@gmail.com
Registry Admin ID:
Admin Name: arif
Admin Organization: bssbd
Admin Street: Uttara, Dhaka
Admin City: dhaka
Admin State/Province: Dhaka
Admin Postal Code: 1230
Admin Country: BD
Admin Phone: +88.1839446677
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: ariful767@gmail.com
Registry Tech ID:
Tech Name: arif
Tech Organization: bssbd
Tech Street: Uttara, Dhaka
Tech City: dhaka
Tech State/Province: Dhaka
Tech Postal Code: 1230
Tech Country: BD
Tech Phone: +88.1839446677
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ariful767@gmail.com
Name Server: arif586838.earth.orderbox-dns.com
Name Server: arif586838.mars.orderbox-dns.com
Name Server: arif586838.mercury.orderbox-dns.com
Name Server: arif586838.venus.orderbox-dns.com
DNSSEC:Unsigned
```

 © 2020 DomainTools, LLC All Rights Reserved

Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

 © 2020 DomainTools, LLC All Rights Reserved

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

## Registrar History

No records found for this domain.

## Name Server History

| Event Date | Action | New Server | Previous Server |
|---|---|---|---|
| Jan 14, 2017 | Transfer | cloudflare.com | eesec.org |
| Nov 4, 2016 | Transfer | eesec.org | linuxresellerhosting.org |
| Jul 29, 2016 | Transfer | linuxresellerhosting.org | cloudflare.com |
| Jul 18, 2016 | Transfer | cloudflare.com | banglaexpress.ae |
| Mar 1, 2016 | Transfer | banglaexpress.ae | orderbox-dns.com |
| Jan 20, 2016 | New | orderbox-dns.com | - |

## IP Address History

No records found for this domain.

# Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

No records found for this domain.

© 2020 DomainTools, LLC All Rights Reserved

# Connected Domains

## Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as ITvUsa.tv. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
| --- | --- | --- |
| 299791.icu | - | Li Xu |
| absb.ca | - | Association de Basketball de Saint Bruno |
| acdadarmcos.tk | - | BV Dot TK |
| apex-nutrition.co.uk | - | - |
| aprimoreja.com.br | - | - |
| arizancupor.ga | - | - |
| balabablueqwq.tk | - | BV Dot TK |
| bayleaf-heanor.co.uk | - | - |
| bellbuggyexpress.com | Sep 22, 2015 | WhoisGuard, Inc. |
| bemiderpsa.ga | - | - |
| bidsg.com | Apr 21, 2020 | Domains By Proxy, LLC |
| brandranch.site | - | Privacy Protection |
| brandsforcanada.co | - | WhoisSecure |
| canwakuserne.cf | - | Centrafrique TLD B.V. |
| carbonjeanslnv.tk | - | BV Dot TK |
| cbatuvwmadalynqg.gq | - | - |
| cdekshop.com | Aug 13, 2020 | GNAME. COM PTE. LTD. |
| charlesamatthewsblog.com | Aug 3, 2018 | Whois Privacy Service |
| cheminee-sur-mesures.com | Jan 9, 2019 | REDACTED FOR PRIVACY (DT) |
| churchhepatso.tk | - | BV Dot TK |
| completerochester.com | Aug 28, 2012 | Redacted for Privacy Purposes |
| contholwiter.cf | - | Centrafrique TLD B.V. |
| cropanimepheb.tk | - | BV Dot TK |
| dailysodep.net | Jun 10, 2019 | Ong Cao Cu Duc |
| dandtrigasop.tk | - | - |
| derechopenalcr.com | Jun 12, 2013 | - |
| digitalconsult.am | - | Domain Privacy |
| dikd.cn | - | 杨净 |
| easybusinessfunnels.com | Apr 29, 2016 | WhoisGuard, Inc. |
| ecadgoarisul.cf | - | Centrafrique TLD B.V. |
| enlotonkona.ml | - | Mali Dili B.V. |
| exkidsandnorthsizz.gq | - | Equatorial Guinea Domains B.V. |
| fasertkah.space | - | Privacy Protection |
| fotbal-kunratice.cz | - | IX-16758806 |

 © 2020 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| guradaka.ga | - | - |
| horvocoolesisidh.tk | - | BV Dot TK |
| htangyi.xyz | - | See PrivacyGuardian.org |
| hunggaswoubilneo.gq | - | - |
| hybridschools.com | Nov 17, 2019 | See PrivacyGuardian.org |
| hypehoodiez.com | May 16, 2020 | Salla |
| in-it-newcar-ok.live | - | Data Protected |
| itsiascanizas.gq | - | Equatorial Guinea Domains B.V. |
| jackkolb.com | Nov 13, 2016 | REDACTED FOR PRIVACY (DT) |
| kingbyway.com | Mar 2, 2018 | See PrivacyGuardian.org |
| klevio.net | Jan 22, 2016 | Redacted for Privacy Purposes |
| l66t.com | Oct 16, 2019 | See PrivacyGuardian.org |
| lafastnartiobut.gq | - | Equatorial Guinea Domains B.V. |
| leiboiransifeve.tk | - | BV Dot TK |
| lisfirdianeti.tk | - | BV Dot TK |
| looks.live | - | REDACTED FOR PRIVACY (DT) |
| mcepda.xyz | - | - |
| meacanesshuntbechsnyc.ga | - | - |
| merkeytu.cf | - | Centrafrique TLD B.V. |
| nbusesimros.tk | - | BV Dot TK |
| niekbraun.nl | - | - |
| nitgh.com | Jun 3, 2020 | See PrivacyGuardian.org |
| nk-clinic.net | Mar 7, 2020 | REDACTED FOR PRIVACY (DT) |
| oggeibupula.gq | - | Equatorial Guinea Domains B.V. |
| oolvenworlban.cf | - | - |
| opboporicyc.cf | - | Centrafrique TLD B.V. |
| ordergyrosgrill.com | Aug 7, 2015 | MyPizza.com |
| pacificstocktransfer.com | Dec 2, 2002 | Domains By Proxy, LLC |
| pitaqaparirequ.ga | - | - |
| pleasteufortowho.tk | - | BV Dot TK |
| policenerlaeuterung.de | - | - |
| postvingter.gq | - | Equatorial Guinea Domains B.V. |
| profeclipermi.cf | - | - |
| progressivefitnessuk.com | May 20, 2016 | Progressive Training |
| puffyskirtsnlq.cf | - | Centrafrique TLD B.V. |
| radiopallawee.com.np | - | - |
| roecrypidarber.gq | - | - |
| rototepen.tk | - | BV Dot TK |
| sagnaim.cf | - | - |
| satula.gq | - | Equatorial Guinea Domains B.V. |
| seekerparking.com | Aug 22, 2019 | Latech Factory S.A.S. |
| selfwhatscapothi.tk | - | BV Dot TK |
| siokriseninsi.tk | - | BV Dot TK |
| sisibe.ml | - | Mali Dili B.V. |
| sivuluzevipe.tk | - | BV Dot TK |

 © 2020 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| smarthybridwatch.com | Jan 20, 2020 | REDACTED FOR PRIVACY |
| sonnanox.com | Mar 11, 2018 | See PrivacyGuardian.org |
| sportsconcept.ca | - | REDACTED FOR PRIVACY |
| spurotowtranad.ga | - | - |
| strukturen-horoskop.com | Nov 6, 2018 | See PrivacyGuardian.org |
| taparalansaussav.tk | - | BV Dot TK |
| tarecsafage.gq | - | Equatorial Guinea Domains B.V. |
| taylorshillsamoan.org | - | Data Protected |
| tdatonesagacprod.tk | - | BV Dot TK |
| termpaper-quick.com | Apr 29, 2018 | WhoisGuard, Inc. |
| themestreet.xyz | - | WhoisGuard, Inc. |
| tulumdistrict101.com | Mar 29, 2019 | - |
| unclenews.com | Nov 4, 2019 | REDACTED FOR PRIVACY |
| v-fxmazin.com | Jul 22, 2020 | Domain Privacy Services |
| vanduc.xyz | - | WhoisGuard, Inc. |
| winlagq.com.cn | - | 吴云付 |
| wordsofhopecounseling.com | Apr 17, 2013 | Contact Privacy Inc. Customer 0134260050 |
| xafyso.xyz | - | WhoisGuard, Inc. |
| xtream.link | - | Privacy Protect, LLC (PrivacyProtect.org) |
| xuofeapetto.tk | - | BV Dot TK |
| zapat.shop | - | - |

© 2020 DomainTools, LLC All Rights Reserved

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as ITvUsa.tv. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| 120131.xyz | - | - |
| 5ygs5j.xyz | - | WhoisGuard, Inc. |
| 662022.cn | - | 黎宏才 |
| aazhe.cn | - | 唐琦 |
| altyhenro.gq | - | Equatorial Guinea Domains B.V. |
| appfist.com | May 7, 2019 | WhoisGuard, Inc. |
| bafhoshy.gq | - | - |
| bb829.com | Mar 23, 2020 | See PrivacyGuardian.org |
| bennyjalali.com | May 20, 2015 | Contact Privacy Inc. Customer 1247304751 |
| bestesocialmedia.nl | - | - |
| brigerdodlo.gq | - | - |
| candidnecss.tk | - | BV Dot TK |
| candwelgopubjakirs.ml | - | Mali Dili B.V. |
| citanalouspu.tk | - | BV Dot TK |
| closeorigin.club | - | WhoisGuard, Inc. |
| cocheadoctdechi.tk | - | BV Dot TK |
| cuelpenun.gq | - | - |
| danicavo.com | Jul 30, 2020 | WhoisGuard, Inc. |
| diarecomcoadich.ga | - | - |
| diyrollershutters.com.au | - | MB RESTORATIONS PTY LTD |
| dravirnaren.ga | - | - |
| dulgl.com | Oct 7, 2019 | REDACTED FOR PRIVACY |
| eia518.com | Nov 27, 2018 | See PrivacyGuardian.org |
| elsuenodemorfeo.com | Aug 24, 2014 | Domains By Proxy, LLC |
| elucytufodekav.cf | - | Centrafrique TLD B.V. |
| eurobombardier.com | May 29, 2018 | Sia Ipsum |
| ezybumebyr.tk | - | BV Dot TK |
| fadten.com | Sep 30, 2016 | See PrivacyGuardian.org |
| federalbankwire.com | Sep 14, 2017 | See PrivacyGuardian.org |
| florbapergetidi.cf | - | Centrafrique TLD B.V. |
| free-site.su | - | Private Person |
| frxacue.tk | - | BV Dot TK |
| fxrgwbooks.tk | - | BV Dot TK |
| gasujegebodipa.ml | - | Mali Dili B.V. |
| genonnkeoas.tk | - | BV Dot TK |

© 2020 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| hdmoviezones.com | May 26, 2019 | WhoisGuard, Inc. |
| ifcrisbalto.tk | - | BV Dot TK |
| igjourrectburg.gq | - | Equatorial Guinea Domains B.V. |
| iningibvecous.ga | - | - |
| isethlonivi.ga | - | - |
| islandconnector.com | Oct 12, 2008 | DATA REDACTED |
| joiniepradmoldnewcy.tk | - | BV Dot TK |
| kamatch.com | Aug 17, 2015 | Redacted for Privacy Purposes |
| kowschasolpa.tk | - | BV Dot TK |
| laeclamolin.cf | - | - |
| landjohnhostravis.tk | - | BV Dot TK |
| lettacula.tk | - | BV Dot TK |
| lfxxtjj.cn | - | 梁光箐 |
| maxuseholcent.tk | - | BV Dot TK |
| mckennarosephoto.com | Jun 27, 2015 | Privacy Protect, LLC (PrivacyProtect.org) |
| metciru.ga | - | - |
| mewibillcodunk.tk | - | BV Dot TK |
| mortmensdesearch.tk | - | BV Dot TK |
| mossercasting.com | May 24, 2001 | PERFECT PRIVACY, LLC |
| myciw.org | - | 1&1 Internet Inc |
| nhalobinaj.cf | - | - |
| nmbuzz.com | Aug 21, 2020 | - |
| nutab.co | - | Private by Design, LLC |
| omtiacigh.tk | - | BV Dot TK |
| outerhebridesfoodtrail.com | Dec 13, 2019 | See PrivacyGuardian.org |
| outoutmerea.tk | - | BV Dot TK |
| peerozo.com | Mar 25, 2020 | Peerozo |
| pgking666.com | Jul 8, 2020 | WhoisGuard, Inc. |
| qiwevegimiseso.cf | - | Centrafrique TLD B.V. |
| quidownpassrest.tk | - | BV Dot TK |
| regandsirave.gq | - | Equatorial Guinea Domains B.V. |
| reimmie.website | - | - |
| rewadpose.ga | - | - |
| rollformingsmachine.com | Mar 5, 2019 | WhoisGuard, Inc. |
| ruiguckthesmata.gq | - | Equatorial Guinea Domains B.V. |
| sealsgandsolomeen.ga | - | - |
| seconddraftpodcast.com | May 15, 2015 | WhoisGuard, Inc. |
| sicbodadu.online | - | WhoisGuard, Inc. |
| socialpoststudio.com | Aug 21, 2016 | See PrivacyGuardian.org |
| sporumepex.tk | - | - |
| springlfstlc.com | Mar 11, 2019 | Redacted for Privacy Purposes |
| suaranews.media | - | Domains By Proxy, LLC |
| sundsibbabb.tk | - | BV Dot TK |
| swapsyconfa.gq | - | Equatorial Guinea Domains B.V. |
| taihalimiter.gq | - | Equatorial Guinea Domains B.V. |

© 2020 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| tamada.az | - | - |
| tasteofthomasvillefoodtour.com | Dec 13, 2012 | Domains By Proxy, LLC |
| tenmetire.tk | - | BV Dot TK |
| theoutdoorsman.org | - | Domains By Proxy, LLC |
| tiosteepahefdis.cf | - | Centrafrique TLD B.V. |
| tisseanodig.tk | - | BV Dot TK |
| trackactivepro.com | Mar 5, 2018 | - |
| trepatabprepsio.tk | - | - |
| ttxs.ml | - | Mali Dili B.V. |
| turacyvabte.ga | - | - |
| unadswancong.cf | - | Centrafrique TLD B.V. |
| unhiconfpubbpula.tk | - | BV Dot TK |
| vinilosfreaks.com | Jul 19, 2017 | mink.com.ar |
| vv22rraayy.cf | - | - |
| waalotroa.gq | - | - |
| waitingdns2020.tk | - | BV Dot TK |
| willybull.info | - | See PrivacyGuardian.org |
| winggaperre.ga | - | - |
| yesilyurtescortbayanlar.xyz | - | - |
| zzttkj.com | May 3, 2017 | REDACTED FOR PRIVACY (DT) |

© 2020 DomainTools, LLC All Rights Reserved